UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-62875-Civ-Zloch/Hunt

TONI L. FREEBORN,

Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

Defendant.

_____/

## MEDIATOR'S REPORT TO COURT

The above styled case was mediated on July 25, 2017, consistent with the Court's Order. The mediation resulted in an impasse. While the parties and their counsel are prepared to proceed toward a litigated resolution, I remain committed to assist toward a negotiated resolution if mutually deemed appropriate in the future.

I appreciate the opportunity to be of assistance to the parties, their counsel, and the Court.

Respectfully submitted,

*[signature]*

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 26th day of July, 2017, to the following:

Donald Yarbrough, Esquire
Law Offices of Donald A. Yarbrough
Post Office Box 11842
Fort Lauderdale, FL 33339
954-537-2000 /
donaldyarbrough@gmail.com

Dale T. Golden, Esquire
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
813-251-5500 / 813-251-3675
dgolden@gsgfirm.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622