```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 16-62875-CIV-ZLOCH
```

TONI L. FREEBORN,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

BCA FINANCIAL SERVICES,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court entered its Order For Pre-Trial Conference (DE 9) dated May 23, 2017, setting Noon on September 22, 2017, as the date and time by which the Pre-Trial Stipulation must be filed.

    No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiff as of Noon on September 22, 2017, as required by this Court's Order (DE 9) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

    This Court has further reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Complaint filed in this matter be and the same is hereby **DISMISSED**, without prejudice, for failure

of the Plaintiff to comply with the Order of this Court and for failure of the Plaintiff to comply with Rule 16.1, Local Rules for the Southern District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

**IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this      26th      day of September, 2017.

                                                                      _____
                                                                      WILLIAM J. ZLOCH
                                                                      Sr. United States District Judge

Copies furnished:

All Counsel of Record